MARCUS LEE (Nevada Bar No. 15769)
HOLLY E. WALKER (Nevada Bar No. 14295)
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Telephone: 702.893.3383
Facsimile: 702.893.3789
Marcus.Lee@lewisbrisbois.com
Holly.Walker@lewisbrisbois.com

*Attorneys for Quest Diagnostics Incorporated*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| QUEST DIAGNOSTICS INCORPORATED, a New Jersey corporation;<br><br>Plaintiff,<br><br>vs.<br><br>ABDELRAHMAN ELARJA, an individual;<br><br>Defendant. | Case No. 2:22-cv-00647-GMN-EJY<br><br>**STIPULATION AND ORDER TO DISMISS WITHOUT PREJUDICE** |

Plaintiff QUEST DIAGNOSTICS INCORPORATED ("Plaintiff") and Defendant ABDELRAHMAN ELARJA ("Defendant"), by and through their respective undersigned counsel of record, agree and stipulate to dismiss Plaintiff's claims against Defendant without prejudice.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

91995757.1

The parties are to bear their own fees and costs associated with this case.

IT IS SO STIPULATED.

DATED this 20th day of March, 2023.                DATED this 20th day of March, 2023.

Lewis Brisbois Bisgaard & Smith LLP                Jesse Sbaih & Associates, Ltd.

By: /s/ *Marcus Lee*                               By: /s/ *Jesse M. Sbaih*
    Marcus Lee                                       Jesse M. Sbaih
    Nevada Bar No. 15769                              Nevada Bar No. 7898
    Holly E. Walker                                   Ines Olevic-Saleh
    Nevada Bar No. 14295                              Nevada Bar No. 11431
    6385 S. Rainbow Boulevard, Suite 600              The District at Green Valley Ranch
    Las Vegas, Nevada 89118                           170 S. Green Valley Parkway, Suite 280
    *Attorneys for Plaintiff*                         Henderson, Nevada 89012
                                                      *Attorneys for Defendant*

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE

DATED: March 20, 2023

91995757.1

2